IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

V.                            CASE NO. 5:21-CR-50054

PEDRO GARCIA                                                                                DEFENDANT

## ORDER

Defendant Pedro Garcia is set to be sentenced in this Court on January 25, 2022. In Mr. Garcia's Plea Agreement, Mr. Garcia agreed to pay restitution to the United States in the amount of $208,844.72. (Doc. 9, p. 9). The Plea Agreement contemplated Mr. Garcia making pre-sentencing payments toward his restitution obligation. *Id.* at p. 12.

Accordingly, the Clerk of the Court is **ORDERED** to accept restitution payments from Mr. Garcia prior to entry of judgment.

**IT IS SO ORDERED** on this 11th day of January, 2022.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE